IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | ) | CASE NO.: 19-11146 |
| EDUARDO CHIPOLLINI | ) | |
| MYRIAM E ALVA | ) | JUDGE: ASHLEY M. CHAN |
| Debtor(s). | ) | |

**MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes JPMorgan Chase Bank, National Association ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 5/1/2020 through 7/31/2020. Creditor holds a secured interest in real property commonly known as 306 OLD PENLLYN PIKE, BLUE BELL, PA 19422 as evidenced by claim number 16 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 8/1/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan.  If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

*/s/ Ciro A Mestres*
Ciro A Mestres
Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6516
Ciro.Mestres@mccalla.com

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 8th day of June, 2020:

MYRIAM E ALVA                                                                                                 *(Served via US Mail)*
EDUARDO CHIPOLLINI

306  OLD PENLLYN PIKE, BLUE BELL, PA 19422


ALBERT J. SCARAFONE, JR.                                                                        *(Served via ECF Notification)*
1717 SWEDE ROAD, BLUE BELL, PA 19422


WILLIAM C. MILLER, ESQ.                                                                          *(Served via ECF Notification)*
P.O. BOX 1229, PHILADELPHIA, PA 19105



Date:  6/8/2020                                               By:  /s/ *Ciro A Mestres*
                                                                           Ciro A Mestres