**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eduardo Chipollini aka Eduardo Chipoline | CHAPTER 13 |
| Miriam E. Alva aka Miriam E Alva Diaz aka Myriam Alva | BKY. NO. 19-11146 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of ARCPE 1 LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
01 Mar 2024, 12:35:47, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 7bb5bb098261ca1601fd4324243cdd4c8292f055308db17ff218c8f714e21e7c