Certificate Number: 14912-PAE-DE-038316360

Bankruptcy Case Number: 19-11146



14912-PAE-DE-038316360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2024, at 10:10 o'clock PM EDT, Eduardo Chipollini completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 25, 2024                By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor