Certificate Number: 14912-PAE-DE-038318471

Bankruptcy Case Number: 19-11146



14912-PAE-DE-038318471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2024, at 10:10 o'clock PM EDT, Miriam Alva completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 26, 2024           By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor