United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-11146-amc
Eduardo Chipollini     Chapter 13
Miriam E Alva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Apr 24, 2024     Form ID: 138OBJ     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Eduardo Chipollini, Miriam E Alva, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |
| 14861125 | + | ARCPE 1, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14287126 | + | ARCPE MORGAN HELOC S, c/o CHRISTOPHER M. MCMONAGLE, Stern & Eisenberg PC, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14346409 | + | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372, (610) 275-4000 Fax 19422-3372 |
| 14278413 | | First Federal Credit Control, 2470 Chagrin Blvdste 205, Beachwood, OH 44122-5630 |
| 14278420 | | JP Morgan Chase Bank, NA, 111 Polaris Parkway, Columbus, OH 43240 |
| 14571772 | #+ | JP Morgan Chase Bank, National Association, C/O Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14284707 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14278422 | | Lendmark Financial Services, 42 East Germantown Pike, Norristown, PA 19401-1512 |
| 14378200 | | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esq., Fox and Fox Attorneys at Law, P.C., 425 Swede Street, Suite 706, Norristown, PA 19401 |
| 14379271 | | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 14806303 | + | MEB Loan Trust VII, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14278423 | | Melissa Chipollini, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |
| 14278426 | | PA Dept of Revenue, PIT Delinquent Tax Divison, Dept. 280432, Harrisburg, PA 17128-0432 |
| 14278427 | | PA Dept of Revenue, Bur.- Compliance, Spec Program, Dept. 281230, Harrisburg, PA 17128-1230 |
| 14278428 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14280960 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14439788 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14440189 | + | Wells Fargo Bank, N.A., c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14659967 | + | Email/Text: BKMAIL@planethomelending.com | Apr 24 2024 23:47:00 | ARCPE 1, LLC, c/o Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14312900 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 24 2024 23:47:00 | ARCPE 1, LLC, c/o BSI Financial Services, Inc., 314 South Franklin Street,P.O. Box 517, Titusville, PA 16354-0517 |
| 14311296 | | Email/Text: bnc@atlasacq.com | Apr 24 2024 23:47:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14278417 | | Email/Text: dltlegal@hab-inc.com | Apr 24 2024 23:47:00 | HAB-DLT, Berkheimer, PO Box 21690, Lehigh Valley, PA 18002-1690 |
| 14278403 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2024 23:47:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14294091 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 24 2024 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14278406 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 24 2024 23:47:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14278408 | | Email/Text: cfcbackoffice@contfinco.com | Apr 24 2024 23:47:00 | Contnental Finance Company, 4550 New Linden Hill Road, Suite 400, Wilmington, DE 19808 |
| 14289035 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2024 00:04:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14278404 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2024 23:51:19 | Capital One Bank Usa Na, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 14295504 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 00:05:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14278407 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2024 23:47:00 | Comenity Capital Bank / Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14278409 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2024 23:51:07 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14278410 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2024 23:51:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14278411 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14278412 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2024 00:04:04 | Dsnb / Macys, PO Box 8218, Mason, OH 45050 |
| 14318306 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2024 23:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14314874 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2024 23:51:36 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14278414 | | Email/Text: rj@ffcc.com | Apr 24 2024 23:47:00 | First Federal Credit Control, 2470 Chagrin Boulevard, Suite 205, Beachwood, OH 44122-5630 |
| 14278415 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 24 2024 23:51:33 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14278416 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:20 | GE Capital Retail Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14278418 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 24 2024 23:47:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14278419 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2024 23:47:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA 19105 |
| 14278405 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Chase, PO Box 182613, Columbus, OH 43218 |
| 14317823 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2024 00:03:52 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14278421 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 24 2024 23:47:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14283675 | | Email/Text: bk@lendmarkfinancial.com | Apr 24 2024 23:47:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14314832 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2024 23:51:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14737254 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2024 23:47:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14286282 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2024 23:51:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14278424 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2024 23:51:20 | Merrick Bank, 10705 S Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 14278425 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2024 23:47:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14278429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2024 23:51:20 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 14320153 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2024 23:51:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14286627 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14640858 | ^ | MEBN | Apr 24 2024 23:46:06 | Planet Home Lending LLC as servicer for, ARCPE 1 LLC, c/o Friedman Vartolo LLP, 1325 Franklin Avenue ste 160, Garden City NY 11530-1631 |
| 14278430 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:04 | Syncb / Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14278431 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:06 | Syncb / Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14874716 | + | Email/Text: bkteam@selenefinance.com | Apr 24 2024 23:47:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14314601 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2024 23:51:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14278432 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2024 23:47:00 | Verizon, P O Box 650584, Dallas, TX 75265-0584 |
| 14278434 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:04 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 14307181 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2024 00:05:37 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14302300 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:33 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14278433 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:33 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14861419 | *+ | ARCPE 1 LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14698863 | *+ | ARCPE 1, LLC, c/o Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14806361 | *+ | MEB Loan Trust VII, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 65 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Miriam E Alva scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Eduardo Chipollini scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor MEB Loan Trust VII logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor ARCPE MORGAN HELOC S christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ARCPE 1  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| LAUREN MOYER | on behalf of Creditor ARCPE 1  LLC bkecf@friedmanvartolo.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com |
| ROGER FAY | on behalf of Creditor Planet Home Lending  LLC as servicer for ARCPE 1 LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eduardo Chipollini and Miriam E Alva
        Debtor(s)    Case No: 19−11146−amc
            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/24