United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11146-amc
Eduardo Chipollini  Chapter 13
Miriam E Alva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 24, 2024      Form ID: 234      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Eduardo Chipollini, Miriam E Alva, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Miriam E Alva scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Eduardo Chipollini scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor MEB Loan Trust VII logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor ARCPE MORGAN HELOC S christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| CRAIG H. FOX | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 234 | Total Noticed: 1 |

on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

DENISE ELIZABETH CARLON
on behalf of Creditor ARCPE 1 LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

LAUREN MOYER
on behalf of Creditor ARCPE 1 LLC bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

ROBERT J. DAVIDOW
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROGER FAY
on behalf of Creditor Planet Home Lending LLC as servicer for ARCPE 1 LLC rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eduardo Chipollini and Miriam E Alva
        Debtor(s)                                              Case No:19−11146−amc
                                                                                          Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                                         For The Court

                                                                                                         Timothy McGrath,
                                                                                                         Clerk of Court

Date: 4/24/24

                                                                                                                   121
                                                                                                                  Form 234