UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Eduardo Chipollini | ) | Chapter 7 |
| And | ) | |
| Miriam E Alva | ) | 19-11146 AMC |
| | ) | |
| | ) | **Hearing to be Held on July 9, 2024 at 11:00** |
| | ) | **A.M.** |
| | ) | **Courtroom 4, 900 Market Street, 2nd Floor,** |
| | ) | **Philadelphia, PA 19107** |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtors have filed a motion with the Court to avoid the judicial lien of Advantage Assets II Inc.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 5, 2024** you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   U.S. Bankruptcy Court
   Clerk's Office
   United States Courthouse
   900 Market Street
   Philadelphia, PA 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Albert J. Scarafone, Jr., Esquire
   Hill, Friedland & Scarafone
   1717 Swede Road, Suite 200
   Blue Bell, PA 19422-3372
   Phone No.: 610-275-4000
   Fax No.: 610-275-4883

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      **A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on July 9, 2024, at 11:00 A.M. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.**

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

      Attorney for Movant
      HILL, FRIEDLAND & SCARAFONE

Date:  May 31, 2024

      /s/ Albert J. Scarafone, Jr.
      By: Albert J. Scarafone, Jr., Esquire
      1717 Swede Road
      Suite 200
      Blue Bell, PA 19422-3372
      Phone: (610) 275-4000
      Fax: (610) 275-4883