UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Eduardo Chipollini | ) | Chapter 7 |
| And | ) | |
| Miriam E Alva | ) | 19-11146 AMC |

**CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for Debtors, hereby certify that as of July 5, 2024, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Motion to Avoid the Judicial Lien of Capital One Bank USA in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000