UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Eduardo Chipollini | ) | Chapter 7 |
| And | ) | |
| Miriam E Alva | ) | 19-11146 AMC |

### **CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for Debtors, hereby certify that as of July 5, 2024, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Motion to Avoid the Judicial Lien of Frank O'Donnell in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000