UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Eduardo Chipollini    )  Chapter 7
    And    )
    Miriam E Alva    )  19-11146 AMC

## O R D E R

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Capital One Bank USA ("the Respondent") in personal and/or real property of the Debtor,

AND, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery, Docket No. 2008-28207 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor and/or

    (b) the personal property of the Debtor

listed and claimed exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED.**

Dated:   July 10, 2024                    By The Court

                                                                       Ashely M. Chan
                                                                         **U.S. BANKRUPTCY JUDGE**
                                        ~~Notes~~: