# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Eduardo Chipollini, Miriam E Alva**, Debtor(s)

Case No. **19-11146**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **July 11, 2024**   /s/ **Eduardo Chipollini**
**Eduardo Chipollini**
Signature of Debtor

Date: **July 11, 2024**   /s/ **Miriam E Alva**
**Miriam E Alva**
Signature of Debtor

Advantage Assets II, Inc.
7322 Southwest Freeway
Houston, TX 77074


ARCPE 1, LLC
c/o BSI Financial Services, Inc.
314 South Franklin Street
PO Box 517
Titusville, PA 16354


Ashton Vasquez
Bankruptcy Specialists
Wells Fargo Bank N.A. d/b/a WF Auto
PO Box 130000
Raleigh, NC 27605


Bank Of America
PO Box 982238
El Paso, TX 79998-2235


BSI Financial Services, Inc.
314 South Franklin Street
PO Box 517
Titusville, PA 16354


Capital One Bank Usa Na
P O Box 30281
Salt Lake City, UT 84130-0281


Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976


Citizens Bank
1 Citizens Drive
Riverside, RI 02915

Comenity Capital Bank / Boscovs
PO Box 182120
Columbus, OH 43218


Contnental Finance Company
4550 New Linden Hill Road
Suite 400
Wilmington, DE 19808


Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193


Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850-5316


Dsnb / Macys
PO Box 8218
Mason, OH 45050


Fenita D. Loving
Bankruptcy Specialist II
Lendmark Financial Services, LLC
2118 Usher Street NW
Covington, GA 30014


First Federal Credit Control
2470 Chagrin Blvdste 205
Beachwood, OH 44122-5630


First Federal Credit Control
2470 Chagrin Boulevard
Suite 205
Beachwood, OH 44122-5630

```
First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Frank O'Donnell
302 Old Penllyn Pike
Blue Bell, PA 19422-1016


GE Capital Retail Bank
PO Box 960061
Orlando, FL 32896-0061


HAB-DLT
Berkheimer
PO Box 21690
Lehigh Valley, PA 18002-1690


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn: Special Procedures
P.O. Box 12051
Philadelphia, PA 19105


Jerome Blank, Esquire
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
```

```
JP Morgan Chase Bank, NA
Chase Records Center
Correspondence Mail, Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203



JP Morgan Chase Bank, NA
3415 Vision Drive
Columbus, OH 43219



Julia Carlone
Bankruptcy Specialists
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611



Kohls Department Store
PO Box 3115
Milwaukee, WI 53201



Lendmark Financial Services
2118 Usher Street NW
Covington, GA 30014



Marilyn G. Martinez
Bankruptcy Specialists
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438



Melissa Chipollini
306 Old Penllyn Pike
Blue Bell, PA 19422-1016



Merrick Bank
10705 S Jordan Gateway
Suite 200
South Jordan, UT 84095
```

```
Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108


PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946


Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946


Portfolio Recovery
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502


Sean Grimm
PA Department of Revenue
4th and Walnut Street
Harrisburg, PA 17128


Syncb / Lowes
PO Box 965005
Orlando, FL 32896


Syncb / Synchrony Home
PO Box 965036
Orlando, FL 32896-5036


USAA Casualty Insurance Company
9800 Fredericksburg Road
San Antonio, TX 78288
```

```
Verizon
P O Box 650584
Dallas, TX 75265



Wells Fargo Auto
PO Box 17900
Denver, CO 80217-0900



Wells Fargo Bank NA
d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605



Wells Fargo Bank, N.A.
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438



Wells Fargo Bank, N.A.
PO Box 14487
Des Moines, IA 50309
```