UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| EDUARDO CHIPOLLINI | : | No. 19-11146-amc |
| AND | : |  |
| MIRIAM E. ALVA | : |  |
| Debtors | : | Chapter 13 |

## CERTIFICATE OF SERVICE
## PURSUANT TO L.B.R. 1009.1

I, Albert J. Scarafone, hereby certify that a true and correct copy of the Notice of 341 Meeting, the Amended Schedule "F", and Supplemental Matrix was served by first class mail, postage prepaid, on July 11, 2024 upon the following persons at the following addresses pursuant to Local Rule 1009.1:

Advantage Assets II, Inc.
7322 Southwest Freeway
Houston, TX 77074

Frank O'Donnell
302 Old Penllyn Pike
Blue Bell, PA 19422-1016

USAA Casualty Insurance Company
9800 Fredericksburg Road
San Antonio, TX 78288

/s/ Albert J. Scarafone, Esquire
Albert J. Scarafone, Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000