United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11146-amc
Eduardo Chipollini  Chapter 13
Miriam E Alva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jul 10, 2024     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Eduardo Chipollini, Miriam E Alva, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Miriam E Alva scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Eduardo Chipollini scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor MEB Loan Trust VII logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor ARCPE MORGAN HELOC S christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| CRAIG H. FOX | |

| | |
|---|---|
| | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ARCPE 1 LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| LAUREN MOYER | on behalf of Creditor ARCPE 1 LLC bkecf@friedmanvartolo.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com |
| ROGER FAY | on behalf of Creditor Planet Home Lending LLC as servicer for ARCPE 1 LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Eduardo Chipollini    ) Chapter 7
    And    )
    Miriam E Alva    ) 19-11146 AMC

## ORDER

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Capital One Bank USA ("the Respondent") in personal and/or real property of the Debtor,

AND, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery, Docket No. 2008-28207 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor and/or

    (b) the personal property of the Debtor

listed and claimed exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED.**

Dated:   July 10, 2024                By The Court

                                                            Ashely M. Chan
                                                           **U.S. BANKRUPTCY JUDGE**

~~Notes~~: