*Form 138FIN* (6/24)–doc 158 – 157

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Eduardo Chipollini ) | Case No. 19–11146–amc |
|    aka Eduardo Chipoline ) | |
| ) | |
|    Miriam E Alva ) | Chapter: 13 |
|    aka Miriam E Alva Diaz ) | |
|    aka Myriam Alva ) | |
|    Debtor(s). | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 5, 2024                                                                 For The Court

                                                                                                       Timothy B. McGrath
                                                                                                       Clerk of Court