United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11146-amc |
| Eduardo Chipollini | Chapter 13 |
| Miriam E Alva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2024 | Form ID: 138FIN | Total Noticed: 3 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Eduardo Chipollini, Miriam E Alva, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 06 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Miriam E Alva scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Eduardo Chipollini scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 138FIN | Total Noticed: 3 |

CHRISTOPHER A. DENARDO
    on behalf of Creditor MEB Loan Trust VII logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor SELECT PORTFOLIO SERVICING INC. logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor ARCPE MORGAN HELOC S christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com

CRAIG H. FOX
    on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

DENISE ELIZABETH CARLON
    on behalf of Creditor ARCPE 1 LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

LAUREN MOYER
    on behalf of Creditor ARCPE 1 LLC bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROGER FAY
    on behalf of Creditor Planet Home Lending LLC as servicer for ARCPE 1 LLC rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

*Form 138FIN* (6/24)−doc 158 − 157

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Eduardo Chipollini ) Case No. 19−11146−amc
   aka Eduardo Chipoline )
)
   Miriam E Alva ) Chapter: 13
   aka Miriam E Alva Diaz )
   aka Myriam Alva )
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 5, 2024                                                       For The Court

                                                                                              Timothy B. McGrath
                                                                                              Clerk of Court