United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11146-amc
Eduardo Chipollini  Chapter 13
Miriam E Alva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 08, 2024      Form ID: 195      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Eduardo Chipollini, Miriam E Alva, 306 Old Penllyn Pike, Blue Bell, PA 19422-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Miriam E Alva scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Eduardo Chipollini scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor MEB Loan Trust VII logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor ARCPE MORGAN HELOC S christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: 195 | Total Noticed: 1 |

CRAIG H. FOX
 on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

DENISE ELIZABETH CARLON
 on behalf of Creditor ARCPE 1 LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
 on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

LAUREN MOYER
 on behalf of Creditor ARCPE 1 LLC bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
 on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

ROBERT BRIAN SHEARER
 on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com

ROBERT J. DAVIDOW
 on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROGER FAY
 on behalf of Creditor Planet Home Lending LLC as servicer for ARCPE 1 LLC rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Eduardo Chipollini and Miriam E Alva : Case No. 19−11146−amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 8, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

160
Form 195