**Fill in this information to identify the case:**

Debtor 1: Eduardo Chipollini

Debtor 2 (Spouse, if filing): Miriam E Alva

United States Bankruptcy Court for the: Eastern District of Pennsylvania (Philadelphia)

Case number: 19-11146

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 16

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $779.27

**Last 4 digits** of any number you use to identify the debtor's account: 0 6 0 8

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____          New escrow payment: $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 3.00000%          New interest rate: 4.00000%

   Current principal and interest payment: $ 551.47          New principal and interest payment: $ 632.53

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Debtor Eduardo Chipollini
First Name    Middle Name    Last Name

Case number (if known) 19-11146

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   Signature: /s/Markera Banks

Date: 11/18/2019

Print: Markera Banks
First Name    Middle Name    Last Name

Title: Vice President

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
Number    Street

700 Kansas Lane, Mail Code LA4-5555
Address 2

Monroe    LA    71203
City    State    ZIP Code

Contact phone: 866-243-5851

Email: PCN_Escalations@chase.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 19-11146
Judge: Judge Eric L. Frank

In re:

Eduardo Chipollini & Miriam E Alva

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 20, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid

Eduardo Chipollini
306 Old Penllyn Pike

Blue Bell PA 19422-1016

By U.S. Postal Service First Class Mail Postage Prepaid

Miriam E Alva
306 Old Penllyn Pike

Blue Bell PA 19422-1016

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

ALBERT J. SCARAFONE, JR.
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell PA 19422-3372

By U.S. Postal Service First Class Mail Postage Prepaid

ALBERT J. SCARAFONE, JR.
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell PA 19422-3372

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229

Philadelphia PA 19105

/s/Markera Banks

Vice President

JPMorgan Chase Bank, N.A.

Chase
P.O. Box 183232
Columbus, OH 43218-3232

**CHASE**

October 17, 2019

000121 1 of 2  NSP0VYG - ZA 000000000000 AS170
Myriam E Alva
306 Old Penllyn Pike
Penllyn, PA 19422

**The interest rate on your mortgage loan is scheduled to adjust**

Account:
Property Address: 306 Old Penllyn Pike
                  Blue Bell PA 19422

Dear Myriam E Alva :

The interest rate on your mortgage loan will begin to adjust annually on January 01, 2020.

Your interest rate will increase annually by 1% until the cap is reached. Your cap is based on the Freddie Mac weekly Primary Mortgage Market Survey (PMMS) rate for 30-year fixed-rate conforming mortgage loans, rounded to the nearest 0.125%, as of the date that the modification agreement was prepared. Once you reach your cap, your interest rate will be fixed for the remainder of the loan.

**Here's information about your payments**
Your current monthly payment is $ 551.49. This includes your monthly principal and interest payment of $ 551.47 and a monthly escrow payment of $.02. Your interest rate is 3.00000%.

Your new monthly payment of $ 779.27 starting January 01, 2020 reflects the adjusted interest rate of 4.00000%, as well as your escrow payment for property taxes, hazard insurance and other escrowed expenses.

The future annual payments (with interest rate adjustments) are detailed in the chart below.

| YEARS | INT RATE | INT RATE CHG DATE | MTH PRIN/ INT PAY AMOUNT | ESTIMATED MTH ESCROW PAY AMOUNT | TOTAL EST MONTHLY PAYMENT* | MONTHLY PAYMENT BEGINS | NUM OF MTH PAY |
|---|---|---|---|---|---|---|---|
| 01-05 | 2.00000% | 12/01/13 | 474.68 | 137.56 | 612.24 | 01/01/14 | 60 |
| 06 | 3.00000% | 12/01/18 | 551.47 | 0.02 | 551.49 | 01/01/19 | 12 |
| 07 | 4.00000% | 12/01/19 | 632.53 | 146.74 | 779.27 | 01/01/20 | 12 |
| 08-40 | 4.25000% | 12/01/20 | 653.21 | 146.74 | 799.95 | 01/01/21 | 396 |

Your monthly payment includes an escrow amount for property taxes, hazard insurance and other expenses that may be adjusted periodically as required by applicable law. If these escrowed expenses increase, your monthly payment may also increase.

If you might have trouble making the adjusted payment amount, use these resources to answer questions and help you with your mortgage payments and household budgeting:
  - You can contact the U.S. Department of Housing and Urban Development at 1-800-569-4287 or hud.gov/offices/hsg/sfh/hcc/fc/, or contact the U.S. Department of the Treasury-sponsored HOPE Hotline Number at 1-888-995-HOPE (1-888-995-4673) or HopeNow.com, to get free assistance from a Housing and Urban Development approved nonprofit counselor for help in understanding this letter.
  - The U.S. Department of Housing and Urban Development (HUD) has a list of agencies that offer free mortgage-assistance counseling. For a list of agencies, call HUD at 1-800-569-4287, or 1-800-877-8339 for TTY services, or visit hud.gov and, under the "Resources" tab, select "Foreclosure Avoidance Counseling." If you would like contact information for a state housing finance agency, visit the U.S. Consumer Financial Protection Bureau (CFPB) at consumerfinance.gov/mortgagehelp/.

You can send us a Notice of Error, Information Request or Qualified Written Request as part of the Real Estate Settlement Procedures Act to ask for information or to dispute errors about the servicing of your mortgage loan. Send us a separate letter that describes the issue and include any supporting documents. Please mail it to our exclusive address for the receipt and handling of these requests:
Mail:                          Chase
                               P.O. Box 183166
                               Columbus, OH 43218-3166

**Important Legal Information is Attached**

CR25335
AS170

If you have questions or concerns about your new payments or this notice, please call us at one of the numbers below Monday through Thursday from 8 a.m. to midnight, Friday from 8 a.m. to 10 p.m. and Saturday from 8 a.m. to 1 p.m. Eastern Time. We appreciate your business.

Sincerely,

Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando a uno de los números que aparecen a continuación de lunes a jueves de 8 a.m. a la medianoche, viernes de 8 a.m. a 10 p.m. y sábados de 8 a.m. a 1 hora del Este.

## Important Legal Information

**We are a debt collector**
This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, to the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. Any payment you make on the account is voluntary, but we may still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

CR50281-a
FM214

000121 2 of 2  NSP0VYG - ZA 000000000000 AS170

Case 19-11146-amc    Doc    Filed 11/19/19    Entered 11/19/19 16:01:14    Desc Main
Document    Page 7 of 7